1  PHILLIP A. TALBERT
   United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 5:24-po-00353-CDB
12 |         Plaintiff,               | [Citation #E2152303 CA/10]
13 | v.                               |
14 | RONALD L. BROOKS                 | MOTION AND [PROPOSED] ORDER FOR DISMISSAL
15 |         Defendant.               |

18      The United States of America, by and through Phillip A. Talbert, United States Attorney, and
19 Cody S. Chapple, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00353-
20 CDB [Citation #E2152303 CA/10] against RONALD L. BROOKS, without prejudice, in the interest of
21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

23 DATED: December 11, 2024              Respectfully submitted,

                                         PHILLIP A. TALBERT
                                         United States Attorney

                                    By:  /s/ *Cody S. Chapple*
                                         CODY S. CHAPPLE
                                         Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED, on the motion by the United States of America pursuant to Fed. R. Crim. P. 48(a), that Case No. 5:24-po-00353-CDB [Citation #E2152303 CA/10] against RONALD L. BROOKS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **December 17, 2024**

_____
UNITED STATES MAGISTRATE JUDGE